IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENT TYLER,**<br><br>　　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**DERRAL G. ADAMS, Warden, et al.,**<br><br>　　　　　　　　　　　　　Respondents. | CIV S-07-0367 LKK EFB P<br><br>**ORDER** |

Petitioner is a state prisoner proceeding with counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 15, 2007, respondent filed a request for an enlargement of time.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby granted.

2. Respondent's response is due on June 15, 2007.

Dated: May 21, 2007.

　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE