IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT TYLER,

    Petitioner,               No. CIV S-07-0367 LKK EFB P

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.         ORDER

                              /

       Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 21, 2007, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's July 21, 2007, request for an extension of time in which to file a traverse is granted and petitioner has 20 days from the date this order is served to file a traverse.

Dated: July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE