UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENT TYLER,                                   No. 07 CV 00367  JCW

    Petitioner,                              MINUTE ORDER

  vs.

KEN CLARK,

    Warden.

_____/

      Tyler, a state prisoner, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. After screening the petition, it appears that the "Memorandum of Points and Authorities In Support of 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus," which was filed along with the petition on February 23, 2007, may be missing pages, because the memorandum ends in the middle of a sentence at the end of page 10 and the next page is marked "Exhibit A." By this minute order, the court directs that counsel for the petitioner review the document and respond to the court as to its completeness within seven (7) days of the issuance of this order.

DATED: November 30, 2009                       _/s/J. Clifford Wallace_____
                                                                                J. Clifford Wallace
                                                                               United States Circuit Judge